IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ARVELLA NICHOLE TAYLOR                                    PLAINTIFF

      v.            Civil No. 10-2151

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                            DEFENDANT

## J U D G M E N T

For reasons stated in a memorandum opinion of this date, the undersigned hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 9th day of December 2011.

                                    /s/ *J. Marschewski*
                                    HONORABLE JAMES R. MARSCHEWSKI
                                    CHIEF UNITED STATES MAGISTRATE JUDGE